# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Frazier Derring** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16cv443 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2017 Order.

September 18, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court